# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Harlan Brent Gullikson, | ) | Case No. 1:18-cr-181 |
| | ) | |
| Defendant. | ) | |

On January 28, 2019, defendant's retained counsel, attorney Jackson Lofgren, filed a notice of appearance (Doc. No. 25) and notice of substitution of counsel (Doc. No. 24). Accordingly, defendant's court-appointed counsel, AFPD Leah Carlson, is authorized to withdraw. Defendant's retained counsel, attorney Jackson Lofgren, shall be substituted as defense counsel of record.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2019.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court